IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  Smith, Doretha | Case Number:  06 B 05602 |
| | Judge:  Hollis, Pamela S |
| Printed:  5/13/08 | Filed:  5/16/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed:  March 31, 2008
Confirmed:  August 14, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 6,000.00 | |
| Secured: | | 4,193.20 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,499.60 |
| Trustee Fee: | | 307.20 |
| Other Funds: | | 0.00 |
| Totals: | 6,000.00 | 6,000.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 2,810.25 | 1,499.60 |
| 2. | CitiFinancial Mortgage | Secured | 23,047.20 | 4,193.20 |
| 3. | ECast Settlement Corp | Unsecured | 272.54 | 0.00 |
| 4. | American Express Centurion | Unsecured | 62.34 | 0.00 |
| 5. | CitiFinancial Mortgage | Unsecured | 0.00 | 0.00 |
| 6. | Peoples Energy Corp | Unsecured | 138.42 | 0.00 |
| 7. | Resurgent Capital Services | Unsecured | 24.67 | 0.00 |
| 8. | B-Line LLC | Unsecured | 37.89 | 0.00 |
| 9. | Wells Fargo Financial Illinois Inc | Unsecured | 105.97 | 0.00 |
| 10. | General Motors Acceptance Corp | Unsecured | | No Claim Filed |
| | | | $ 26,499.28 | $ 5,692.80 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 4.8% | 134.40 |
| 5.4% | 172.80 |
| | $ 307.20 |

Page 2

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Smith, Doretha

Printed:  5/13/08

Case Number:  06 B 05602
Judge:  Hollis, Pamela S
Filed:  5/16/06

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

